(80 South. 133)

## MAHONEY v. STATE.

### PREISS v. SAME.

#### (3 Div. 316, 320.)

(Court of Appeals of Alabama. Nov. 26, 1918.)

Appeal from Circuit Court, Montgomery County; A. B. Foster, Judge.

Ed Mahoney and George Preiss separately appeal from an adverse ruling in prosecutions against them. Reversed and remanded.

Goodwyn & McIntyre, of Montgomery, for appellants.

F. Loyd Tate, Atty. Gen., for the State.

BROWN, P. J. The ruling of the Supreme Court in the case of Kreutner v. State, 80 South. 125, necessitates a reversal of the judgment in this case.

Reversed and remanded.

---

(30 South. 133)

## PREISS v. STATE. (3 Div. 318.)

(Court of Appeals of Alabama. Nov. 26, 1918.)

Appeal from Circuit Court, Montgomery County; A. B. Foster, Judge.

George Preiss appeals from an adverse ruling in a prosecution against him. Reversed and remanded.

Goodwyn & McIntyre, of Montgomery, for appellant.

F. Loyd Tate, Atty. Gen., for the State.

SAMFORD, J. The ruling of the Supreme Court in the case of Kreutner v. State, 80 South. 125, necessitates a reversal of the judgment in this case.

Reversed and remanded.

---

(80 South. 133)

## PREISS v. STATE. (3 Div. 319.)

(Court of Appeals of Alabama. Nov. 19, 1918.)

Appeal from Circuit Court, Montgomery County; A. B. Foster, Judge.

George Preiss appeals from an adverse ruling in a prosecution against him. Reversed and remanded.

Goodwyn & McIntyre, of Montgomery, for appellant.

F. Loyd Tate, Atty. Gen., for the State.

SAMFORD, J. This case is reversed on the authority of Kreutner v. State, 80 South. 125.

Reversed and remanded.

---

(80 South. 133)

## MAHONEY v. STATE. (3 Div. 317.)

(Court of Appeals of Alabama. Nov. 26, 1918.)

Appeal from Circuit Court, Montgomery County; A. B. Foster, Judge.

Ed Mahoney appeals from an adverse ruling in a prosecution against him. Reversed and remanded.

Goodwyn & McIntyre, of Montgomery, for appellant.

F. Loyd Tate, Atty. Gen., for the State.

BRICKEN, J. The ruling of the Supreme Court in the case of Kreutner v. State, 80 South. 125, necessitates a reversal of the judgment in this case.

Reversed and remanded.